UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIAN LOWERY,

Plaintiff,

v.

AVENUE 8 HOLDING LTD, et al.,

Defendants.

Case No. 24-cv-03107-AGT

**ORDER VACATING TRIAL DATE AND REOPENING DISCOVERY FOR A LIMITED PURPOSE**

Re: Dkt. No. 87

In light of the issues presented in the parties' stipulation at dkt. 87, the Court finds good cause to modify the scheduling order. Fed. R. Civ. P. 16(b)(4). Accordingly, the operative pretrial scheduling order, dkt. 65, is vacated. The parties' motions *in limine*, dkts. 66–67 & 69–84, are denied without prejudice.

Good cause has also been shown to reopen discovery for the limited purpose of serving a joint subpoena for a deposition and documents, as appropriate, for the testimony of Pete L. Maldonado of SSA Terminals. The joint subpoena shall be served upon non-party SSA Terminals pursuant to Federal Rule of Civil Procedure 45 and in connection with the vessel infraction notice filed at dkt. 68-15. The parties have sixty days to conduct this discovery.

A joint status update of no more than five pages must be filed with the Court by September 21, 2026. As discussed at today's status conference, after the limited discovery is conducted, the Court will consider any additional arguments on reopening discovery

beyond this limited purpose. No other discovery may take place without the Court's prior approval.

Also after September 21, the Court will consider setting a new trial date and will refer this case to a random magistrate judge for a settlement conference.

**IT IS SO ORDERED.**

Dated: July 15, 2026

Alex G. Tse
United States Magistrate Judge