UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN LOWERY,<br>Plaintiffs,<br>v.<br>AVENUE 8 HOLDING LTD, et al.,<br>Defendants. | Case No. 24-cv-03107-AGT<br><br>**CONDITIONAL DISMISSAL ORDER** |

Plaintiff notified the Court that the parties settled. *See* dkt. 96. Plaintiff expects to file a notice of voluntary dismissal no later than October 1, 2026. *Id.* Given this notice, the Court conditionally dismisses the case without prejudice.

If the parties notify the Court by October 1, 2026, that their settlement is delayed or won't be finalized as soon as planned, the Court will amend this order or vacate this order and schedule a case management conference. If the parties don't file such a notice by October 1, 2026, the action will be dismissed with prejudice by virtue of this order, without any further order of the Court. All currently set dates in the case are vacated.

**IT IS SO ORDERED.**

Dated: August 18, 2026

Alex G. Tse
United States Magistrate Judge